48 A.3d 1244

Cleatus MILTON–EL, Sui Juris Priority
Claimant/Injured Party, Petitioner

v.

Superintendent, SCI–Albion Michael HARLOW; Attorney General of the Commonwealth of Pennsylvania and District Attorney of Philadelphia County Seth Williams, Respondents.

No. 87 EM 2012.

Supreme Court of Pennsylvania.

July 19, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Evidentiary Hearing are **DENIED.**